**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
*(Baltimore Division)*

IN RE:                                                    *

MICHAEL A. SOPER, JR.                    *         Case No.: 22-16049-NVA

    Debtor                                          *         Chapter 13

*      *      *      *      *      *      *      *      *      *      *      *      *

**RESPONSE TO TRUSTEE'S MOTION TO DISMISS CASE**

Michael A. Soper, Jr., Debtor, by his attorney, Robert N. Grossbart, in Response to Trustee's Motion to Dismiss Case for Material Default in Plan Payments, respectfully represents unto this Honorable Court:

1.      That the Debtor admits/ to the allegations contained in Paragraph No. 1.

2.      That the Debtor neither admits/denies to the allegations contained in Paragraph No. 2 3 and 4.

3.      . That the Debtor has advised Counsel that his intent is to pay the Chapter 13 Trustee the arrears in the amount of $2,185.00 today.  Debtor has paid the Chapter 13 Trustee $29,385.00 to date.

4.      That the Debtor denies the allegations continued in Paragraph No. 5.

WHEREFORE, the Debtor/Respondent respectfully requests this Honorable Court that:

A.    The Movant's Motion be denied; and

B.    This Court grant such other and further relief as the nature of this cause may

-1-

require.

/s/ Robert N. Grossbart
Robert N. Grossbart, Esquire
Federal Bar #04116-G
One Charles Center
100  North Charles Street, 20th floor
Baltimore, Maryland 21201
(410) 837-0590-T
(410) 837-0085-F
Email: Robert@grossbartlaw.com
Attorney for Debtor

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on Wednesday, December 31, 2025, copies of the foregoing were mailed, postage prepaid to the Debtor/Respondent; The Office of the U.S. Trustee, 101 W. Lombard Street, 2nd Floor, Baltimore, MD 21201; and Brian A. Tucci, Chapter 13 Trustee, PO Box 1110, Millersville, MD  21108

/s/  Robert N. Grossbart, Esquire
Robert N. Grossbart, Esquire

-2-